JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BCBG MAX AZRIA GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> STRETTA MODA, LLC, a California limited liability company, <br><br> Defendant. | Case No. 2:12-CV-2088-ABC (JCGx) <br><br> **STIPULATED CONSENT JUDGMENT [proposed]** |

## STIPULATION

Plaintiff BCBG Max Azria Group, Inc. ("BCBG") and defendant Stretta Moda, LLC ("Stretta"), by and between their counsel of record, stipulate as follows:

1. Judgment shall be entered by the Court in favor of BCBG and against Stretta in the amount of $150,000, with each party otherwise bearing its own attorneys' fees and costs. BCBG shall be entitled to post-judgment interest on such amount at the legal rate from entry of judgment.

2. The Court shall enter a permanent injunction against Stretta and all those acting in concert or participation with it and having knowledge of this Consent Decree, including but not limited to their agents, representatives, partners, owners, officers, directors, employees and attorneys (collectively the "Enjoined Parties"), enjoining and restraining the Enjoined Parties from making, using, selling, offering to sell or importing into the U.S. any garments that embody or are otherwise colorable imitations of BCBG's "Herve Leger Trade Dress," which is a high fashion garment with a singular trade dress featuring a combination of the following non-functional elements: (a) bands of fabric, (b) arranged in horizontal

1  and/or diagonal patterns, (c) to form the tight-fitting dress with an overall look that
2  accentuates the female form.  This stipulated injunction applies, but is not limited
3  to, the Stretta apparel identified in Attachment A.

## JUDGMENT

PURSUANT TO STIPULATION, IT IS SO ORDERED AND ADJUDGED.

Dated: April 23, 2013

*/s/ Audrey B. Collins*

THE HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

PALOALTO/135857.1

**ATTACHMENT A**

# ATTACHMENT A

| Stretta Product Name | Stretta Design Style No. |
| --- | --- |
| Heidi Dress Metallic Tan | H110117 |
| Collette Dress Pink / Beige | F110101 |
| Collette Dress Black | F110101B |
| Roxanne Dress Red Print | H110148 |
| Roxanne Dress Marigold Ombre | H110148MO |
| Kim Dress Metallic Charcoal | H110119 |
| Kim Dress Black | H110119B |
| Carrie Dress Tan | F110104 |
| Carrie Dress Black | F110104B |
| Ciara Dress Black | F110102B |
| Ciara Dress Brown | F110102 |
| Ciara Dress White | H110102W |
| Ciara Dress Blue Ombre | H110102BO |
| Ciara Dress Dark Tan Combo | H110201W |
| Giovanna Dress Black | F110113B |
| Giovanna Dress Cream / Black | F110113 |
| Rosie Dress Black | H110115 |
| Rosie Dress Marigold | H110115M |
| Roxanne Dress White | H110148W |
| Sofia Dress Black | H110121 |
| Sofia Dress Grey Heather Grey | H110121GHG |
| Sofia Dress Green Heather Yellow | H110121GHY |
| Sofia Dress Red Tan Combo | H110121RT |
| Reese Dress Black | F110114 |
| Jessica Dress Dark Red | F110115 |
| Jessica Dress Black / Tan | F110115BT |
| Kate Dress Metallic Cream | H110118 |
| Christiana Dress Black | H110201B |
| Christiana Dress Nutmeg | H110201 |
| Christiana Dress White | H110201W |
| Carla Dress Red | F110105 |
| Carla Dress Blue Ombre | F110105BO |
| Charlotte Dress Black / Tan | F110108BT |

| *Stretta Product Name* | *Stretta Design Style No.* |
|---|---|
| Charlotte Dress Solid Purple | F110108 |
| Raven Dress Charcoal | H110204 |
| Rafaella Dress Black | H110147 |
| Bella Dress Black | F110110 |